FILED
CLERK, U.S. DISTRICT COURT

MAY 2 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-04682 |
| | ) | |
| Plaintiff, | ) | ORDER OF PRETRIAL DETENTION |
| | ) | AFTER HEARING |
| v. | ) | (18 U.S.C. § 3142(i)) |
| | ) | |
| Christhian Funes Aguilera, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I.

A.    (  ) Upon motion of the Government in a case that involves:

    1.    (  ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

    2.    (  ) an offense for which the maximum sentence is life imprisonment or death; or

    3.    (  ) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

4.    (  ) any felony if defendant has been convicted of
           two or more offenses described in
           subparagraphs 1-3 above, or two or more state
           or local offenses that would have been
           offenses described in subparagraphs 1-3 above
           if a circumstance giving rise to federal
           jurisdiction had existed, or a combination of
           such offenses.

5.    (  ) any felony that is not otherwise a crime of
           violence that involves a minor victim, or
           possession or use of a firearm or destructive
           device or any other dangerous weapon, or a
           failure to register under 18 U.S.C. § 2250.

B.    Upon motion ( ✓ ) of by the Government (  ) of the Court sua
sponte, in a case that involves:

1.    ( ✓ ) a serious risk that defendant will flee;

2.    (  ) a serious risk that defendant will

      a.    (  ) obstruct or attempt to obstruct justice;
            or

      b.    (  ) threaten, injure, or intimidate a
                 prospective witness or juror or attempt
                 to do so.

C.    The Government ( ) is ( ✓ ) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

2

II.

A.  ( ✓ )    The Court finds by a preponderance of the evidence
             that no condition or combination of conditions
             will reasonably assure the appearance of defendant
             as required;

B.  ( ✓ )    The Court finds by clear and convincing evidence
             that no condition or combination of conditions
             will reasonably assure the safety of any other
             person and the community.

III.

The Court has considered:

A.  ( ✓ )  the nature and circumstances of the offense(s) charged;

B.  ( ✓ )  the weight of the evidence against defendant;

C.  ( ✓ )  the history and characteristics of defendant;

D.  ( ✓ )  the nature and seriousness of the danger to any person
           or the community that would be posed by defendant's
           release;

E.  ( ✓ )  the Pretrial Services Report/Recommendation;

F.  ( ✓ )  the evidence proffered/presented at the hearing;

G.  ( ✓ )  the arguments of counsel.

///

///

///

///

///

///

IV.

The Court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons and the community based on: _his extensive_ _history which includes crimes of violence_ _____

B.  (✓) Defendant poses a serious flight risk based on: _____ _lack of legal status; multiple abuse / id deception_, _violations of court orders in history_ _____

C.  ( ) A serious risk exists that defendant will:

    1.  ( ) obstruct or attempt to obstruct justice;

    2.  ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on: _____

_____

_____

_____

D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

4

1  ( ) Defendant has not rebutted by sufficient evidence to

2  the contrary the presumption provided in 18 U.S.C.

3  § 3142(e) that no condition or combination of

4  conditions will reasonably assure the appearance of

5  defendant as required.

6  IT IS ORDERED that defendant be detained prior to trial.

7  IT IS FURTHER ORDERED that defendant be committed to the custody

8  of the Attorney General for confinement to a corrections facility

9  separate, to the extent practicable, from persons awaiting or serving

10  sentences or persons held in custody pending appeal.

11  IT IS FURTHER ORDERED that defendant be afforded reasonable

12  opportunity for private consultation with defendant's counsel.

13  IT IS FURTHER ORDERED that, on Order of a Court of the United

14  States or on request of an attorney for the Government, the person in

15  charge of the corrections facility in which defendant is confined

16  deliver defendant to a United States Marshal for the purpose of an

17  appearance in connection with a court proceeding.

18  DATED:     5/25/2024

19

20                                    _____
                                       HONORABLE JACQUELINE CHOOLJIAN
21                                      United States Magistrate Judge

22

23

24

25

26

27

28